IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 4261 MOOSE ROAD, UKIAH, CALIFORNIA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON,

    Defendant.

Case No. 08-C-648

---

ORDER TO DISMISS

---

IT IS HEREBY ORDERED that the complaint is dismissed without prejudice.

Respectfully submitted this __ day of December 2008.

*Barbara B. Crabb*
BARBARA B. CRABB
Chief United States District Court Judge